UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

JEFFRY GOODRICH,

        Defendant.

Case No. 3:21-cv-01046-YY

ORDER

Defendant's Motion to Dismiss (ECF 22) is held in abeyance pending the close of discovery. Defendant's Motion to Dismiss is premature at this stage because it raises issues pertaining to the merits of the action. These issues are more appropriately resolved once the parties have completed discovery.

    IT IS SO ORDERED.

    DATED  September 16, 2022

                                      /s/ Youlee Yim You
                                      Youlee Yim You
                                      United States Magistrate Judge

1 – ORDER