BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

TIJUHNA GREEN
Trial Attorney, Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: (202) 616-3340
Fax: 202-307-0054
Tijuhna.A.Green@usdoj.gov
*Counsel for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Jeffry Goodrich,<br><br>Defendant. | Case No.: 3:21-cv-01046-YY<br><br>**UNITED STATES' STATUS REPORT** |

The United States of America brought this suit to reduce to judgment the outstanding federal tax liabilities of Jeffry Goodrich. ECF No. 1. Following the close of discovery, the United States filed its Motion for Summary Judgment on May 18, 2023. ECF No. 36. An opposition, reply, sur-reply, sur-response, and sur-reply were filed on June 21, 2023, July 5, 2023, August 16, 2023, and August 30, 2023, respectively. ECF Nos. 40, 41, 45, 46-47. Initially, the Court issued Findings and Recommendations in the United States' favor. ECF Nos. 48–49. Based on a late-filed response from Mr. Goodrich revealing that he had obtained

documents, including checks related to the assessments at issue, from his former public defender, the Court withdrew its findings to allow the Parties an opportunity to confer about the impact the documents may have, if any, on the proceedings. The Parties participated in a confidential settlement conference with Judge Potter. The case, however, did not settle.

Since the last status report, Mr. Goodrich contacted the United States about the remaining dispute concerning tax years 2003 and 2004. The Parties have met to determine whether a compromise concerning the remaining tax years could be reached. Based on those discussions, the Parties have tentatively outlined terms and are working to finalize whether a resolution may be feasible. The additional terms are subject to the approval of the authorized delegate of the Attorney General. Should the terms concerning tax years 2003-2004 be accepted by the authorized delegate of the Attorney General, no other issues will remain before the Court for resolution. The Parties have also agreed to proceed with briefing any remaining issues on or after September 30, 2026, if they are unable to finalize the remaining terms. Accordingly, the United States requests that it be permitted to file a Notice concerning the resolution of the proposed compromise resolving the remaining dispute on or by September 30, 2026.

Respectfully submitted this 31st day of August 2026.

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

/s/ *Tijuhna A. Green*
TIJUHNA A. GREEN
Trial Attorney, Civil Division
Tax Litigation Branch
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Tijuhna.A.Green@usdoj.gov
*Counsel for the United States*

**CERTIFICATE OF SERVICE**

I certify that on August 31, 2026, I filed the foregoing motion on the Court's CM/ECF system, which will provide notification to the following:

**Jeffry Goodrich**
nwstruct1@gmail.com
*Defendant, pro se*

/s/ *Tijuhna A. Green*
TIJUHNA A. GREEN
Trial Attorney, Tax Litigation Branch
U.S. Department of Justice